THE STATE, EX REL. EATON CORPORATION, *v.* LANCASTER ET AL. (TWO CASES.)
THE STATE, EX REL. GCC BEVERAGES, INC., APPELLEE, *v.*
INDUSTRIAL COMMISSION OF OHIO, APPELLANT, ET AL.
THE STATE, EX REL. FIRESTONE TIRE & RUBBER COMPANY, APPELLEE, *v.*
INDUSTRIAL COMMISSION OF OHIO, APPELLANT, ET AL.

[Cite as State, ex rel. Eaton Corp., *v.* Lancaster (1989), 44 Ohio St. 3d 106.]

(Nos. 87-622, 87-1887, 88-205 and 88-1312—
Submitted March 28, 1989—Decided July 12, 1989.)

*Willacy & LoPresti* and *Aubrey B. Willacy,* for relator in case Nos. 87-622 and 87-1887.

·*Anthony J. Celebrezze, Jr.,* attorney general, *Michael L. Squillace* and *Merl H. Wayman,* for respondents, members of the Industrial Commission, and appellant, Industrial Commission, in case Nos. 87-622, 87-1887 and 88-205, respectively.

*Vorys, Sater, Seymour & Pease, Russell P. Herrold, Jr.,* and *Robert A. Minor,* in support of reimbursement in case No. 88-205, for *amicus curiae* Ohio Manufacturers' Association.

*Per Curiam.* On authority of *State, ex rel. Peabody Coal Co.,* v. *Indus. Comm.* (1989), 44 Ohio St. 3d 104, 541 N.E. 2d 74, we hereby grant Surplus Fund reimbursement in case Nos. 87-622, 87-1887, 88-205 and 88-1312 for all amounts of temporary total compensation paid to the claimants herein subsequent to the respective findings of permanency.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., concurring. I am pleased to see the majority of the court reverse itself and adopt the position

set forth in my concurrence (joined in by Justice Sweeney) in the original decision in these cases as reported in *State, ex rel. Eaton Corp.*, v. *Lancaster* (1988), 40 Ohio St. 3d 404, 416-417, 534 N.E. 2d 46, 58. Obviously, I concur in the majority opinion.

SWEENEY, J., concurs in the foregoing concurring opinion.